**Lois BENNETT, Gerald N. Burns, Jose Cordova, George Crockett, Estate of Vincent Cyphers, Francis Denning, Norma Egeness, Carl Erickson, David Glassman, Louise Keller, Dave Kettel, John Rosales, Joann Taylor, Leslie Trowbridge, Maurice Bradley Ward, William Weltner, Kenneth Ayer, and Robert Sloat, Petitioners,**

v.

**The BOARD OF TRUSTEES FOR THE UNIVERSITY OF NORTHERN COLORADO, Betsy Karowski, Jose Trujillo, Thomas Stokes, Beverly Biffle, Robert Sweeney, Arthur Ohanian, Gail Schoettler, and Robert Dickeson, Respondents.**

**No. 89SC362.**
**COA No. 87CA0528.**

Supreme Court of Colorado,
En Banc.

Sept. 27, 1990.

## ORDER OF COURT

By the Court.

Upon consideration of the Record on Appeal, together with the written and oral arguments of counsel, and now being sufficiently advised in the premises,

IT IS ORDERED that the Writ of Certiorari be, and is, DENIED as having been improvidently granted.

LOHR, KIRSHBAUM and MULLARKEY, JJ., dissent.